HELENE WASSERMAN, Bar No. 130134
HWasserman@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, California  90067
Telephone:    310.553.0308
Fax No.:       310.943.0372

REBECCA BENHURI, Bar No. 209443
RBenhuri@littler.com
LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
Telephone:    415.433.1940
Fax No.:       415.399.8490

Attorneys for Defendants
BUREAU VERITAS NORTH AMERICA, INC, AND
BUREAU VERITAS HOLDINGS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LIEN COOC,<br><br>             Plaintiff,<br><br>      v.<br><br>BUREAU VERITAS NORTH AMERICA, INC., BUREAU VERITAS HOLDINGS, INC., and Does 1-100,<br><br>             Defendants. | Case No.2:24-CV-00906-TLN-SCR<br><br>**ORDER EXTENDING PAGE LIMITS FOR MOTION FOR SUMMARY JUDGMENT** |

ORDER EXTENDING PAGE LIMITS FOR MSJ

# **ORDER**

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT** Defendants BUREAU VERITAS NORTH AMERICA, INC. and BUREAU VERITAS HOLDINGS, INC. shall be allowed to file a Memorandum of Points and Authorities in support of their Motion for Summary Judgment not to exceed thirty (30) pages in length and a Reply brief in support of their Motion for Summary Judgment not to exceed fifteen (15) pages in length.

**IT IS SO ORDERED**.

DATED: August 20, 2025

_____
Troy L. Nunley
Chief United States District Judge

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA
94105
415.433.1940

ORDER EXTENDING PAGE LIMITS FOR MSJ    2