1  JOHN A. SHEPARDSON, Bar No. 129081
   John@shepardsonlaw.com
2  125 E. Sunnyoaks Ave.
   Suite 104
3  Campbell, California 95008
   Telephone:    408.395.3701
4  Facsimile:    408.395.0112

5  ATTORNEY FOR PLAINTIFF

6  HELENE WASSERMAN, Bar No. 130134
   hwasserman@littler.com
7  LITTLER MENDELSON, P.C.
   2049 Century Park East,
8  5th Floor
   Los Angeles, California 90067.3107
9  Telephone:    310.553.0308
   Facsimile:    800.715.1330
10
   REBECCA BENHURI, Bar No. 209443
11 rbenhuri@littler.com
   LITTLER MENDELSON, P.C.
12 101 Second Street
   Suite 1000
13 San Francisco, California 94105
   Telephone:    415.433.1940
14 Facsimile:    415.399.8490

15 ATTORNEYS FOR DEFENDANTS
   BUREAU VERITAS NORTH AMERICA, INC.,
16 AND BUREAU VERITAS HOLDINGS, INC.

17

18                UNITED STATES DISTRICT COURT

19                EASTERN DISTRICT OF CALIFORNIA

20                     SACRAMENTO DIVISION

21

| | |
|---|---|
| 22  LIEN COOC, | Case No. 2:24-CV-00906-TLN-SCR |
| 23       Plaintiff, | |
| 24       v. | **ORDER ON JOINT STIPULATION TO CONTINUE DEADLINE TO FILE MOTIONS FOR SUMMARY JUDGMENT** |
| 25  BUREAU VERITAS NORTH AMERICA, INC., BUREAU VERITAS HOLDINGS, INC., and DOES 1-100, | |
| 26 | |
| 27       Defendants. | |
| 28 | |

ORDER ON JOINT STIPULATION TO CONTINUE
DEADLINE TO FILE MOTIONS FOR SUMMARY
JUDGMENT

## ORDER

Pursuant to the foregoing Stipulation, and for good cause shown, the Court orders the following:

1. The Parties will file their Motions for Protective Order by September 15, 2025.
2. The deadline for the Parties to file their respective Motions for Summary Judgment shall be extended to 60 days after the Court rules on the Motions for Protective Order.

**IT IS SO ORDERED**.

Dated: September 2, 2025

_____
Troy L. Nunley
Chief United States District Judge