HELENE WASSERMAN, Bar No. 130134
hwasserman@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East,
5th Floor
Los Angeles, California 90067.3107
Telephone:     310.553.0308
Facsimile:     800.715.1330

REBECCA BENHURI, Bar No. 209443
rbenhuri@littler.com
LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
Telephone:     415.433.1940
Facsimile:     415.399.8490

ATTORNEYS FOR DEFENDANTS
BUREAU VERITAS NORTH AMERICA, INC.,
AND BUREAU VERITAS HOLDINGS, INC.

JOHN A. SHEPARDSON, Bar No. 129081
John@shepardsonlaw.com
125 E. Sunnyoaks Ave.
Suite 104
Campbell, California 95008
Telephone:     408.395.3701
Facsimile:     408.395.0112

ATTORNEY FOR PLAINTIFF
LIEN COOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LIEN COOC,<br><br>          Plaintiff,<br><br>     v.<br><br>BUREAU VERITAS NORTH AMERICA, INC., BUREAU VERITAS HOLDINGS, INC., and DOES 1-100,<br><br>          Defendants. | Case No. 2:24-CV-00906-TLN-SCR<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE DEADLINE TO FILE MOTIONS FOR SUMMARY JUDGMENT** |

ORDER ON JOINT STIPULATION TO CONTINUE
DEADLINE TO FILE MOTIONS FOR SUMMARY
JUDGMENT

LITTLER
MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA
94105
415.433.1940

## ORDER

Pursuant to the Parties' Stipulation, and for good cause shown, the Court orders the following: The deadline for the Parties to file their respective Motions for Summary Judgment shall be continued to March 26, 2026.

**IT IS SO ORDERED**.

DATED: February 9, 2026

_____
Troy L. Nunley
Chief United States District Judge

LITTLER
MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA
94105
415.433.1940

2

ORDER ON JOINT STIPULATION TO CONTINUE
DEADLINE TO FILE MOTIONS FOR SUMMARY
JUDGMENT