HELENE WASSERMAN, Bar No. 130134
HWasserman@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, California  90067
Telephone:    310.553.0308
Fax No.:        310.943.0372


REBECCA BENHURI, Bar No. 209443
RBenhuri@littler.com
LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
Telephone:    415.433.1940
Fax No.:        415.399.8490


Attorneys for Defendants
BUREAU VERITAS NORTH AMERICA, INC., AND
BUREAU VERITAS HOLDINGS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| LIEN COOC,<br><br>               Plaintiff,<br><br>    v.<br><br>BUREAU VERITAS NORTH AMERICA, INC.,<br>BUREAU VERITAS HOLDINGS, INC., and<br>Does 1-100,<br><br>              Defendants. | Case No.2:24-CV-00906-TLN-SCR<br><br>**ORDER GRANTING REQUEST TO SEAL SUBJECT DOCUMENTS** |

LITTLER
MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA
94105
415.433.1940

ORDER GRANTING
REQUEST TO SEAL SUBJECT                                    CASE NO.2:24-CV-00906-TLN-SCR
DOCUMENTS

## <u>ORDER</u>

The Court, having reviewed Defendants BUREAU VERITAS NORTH AMERICA, INC., AND BUREAU VERITAS HOLDINGS, INC.'S ("Defendants") Request to Seal and Joint Stipulation to File Subject Documents in Connection with Summary Judgment Motions Under Seal Pursuant to Local Rule 141, the records on file for this instant matter, and the attached Subject Documents, rules as follows:

The Court finds compelling reasons to seal the Subject Documents and **GRANTS** the Request to Seal Documents, and seals the documents identified as follows: Bates COOC DOC PROD 06104-06105, 06148-06149, 06206-06207, 06255, 06299, 06455-06462, 06525, 06572-06573, 06576-06581, 06599-06600, 06623, 06643-06644, 06675, 06679, 06692-06693, 07644, 08319, and 08320. Any party that wishes to file these documents must file them under seal.

**IT IS SO ORDERED.**

Dated: March 9, 2026    _____

Troy L. Nunley
Chief United States District Judge

LITTLER
MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA
94105
415.433.1940

ORDER GRANTING
REQUEST TO SEAL SUBJECT
DOCUMENTS

2    CASE NO.2:24-CV-00906-TLN-SCR