**JOHN A. SHEPARDSON, SBN 129081**
125 E. Sunnyoaks Ave., Suite 104
Campbell, CA 95008
T: (408) 395-3701
F: (408) 395-0112
E: John@shepardsonlaw.com

Attorney for *Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LIEN COOC,** | **CASE NO. 2:24-cv-00906-TLN-SCR** |
| **Plaintiff,** | **ORDER GRANTING REQUEST TO SEAL UNREDACTED DOCUMENTS SUBMITTED TO THE COURT ON APRIL 20, 2026** |
| **v.** | |
| **BUREAU VERITAS NORTH AMERICA, INC., BUREAU VERITAS HOLDINGS, INC., and Does 1-100,** | |
| **Defendants.** | |

ORDER GRANTING REQUEST TO SEAL UNREDACTED DOCUMENTS SUBMITTED ON APRIL 20, 2026

**ORDER**

The Court, having considered Plaintiff Lien Cooc's Request to Seal Unredacted Documents submitted to the Court via email on April 20, 2026 in connection with the parties cross-motions for summary judgment and its March 9, 2026 sealing order, hereby GRANTS the Request to Seal Unredacted Documents and seals the Unredacted Documents identified as follows:

1. Plaintiff Lien Cooc's Reply Brief in Support of Motion for Partial Summary Adjudication; Establishment of Facts (Unredacted).

2. Plaintiff Lien Cooc's Response to Defendants Bureau Veritas North America, Inc., and Bureau Veritas Holdings, Inc.'s Statement of Additional Undisputed Material Facts in Support of Plaintiff's Motion for Partial Summary Adjudication; Establishment of Facts (Unredacted).

3. Declaration of Plaintiff Lien Cooc in Support of Plaintiff's Reply Brief to Motion for Partial Summary Adjudication and Establishment of Facts (Unredacted).

4. Cooc Supplemental Doc Prod 08320.

5. Cooc Doc Prod 06525, 06599-06600, 06623, 06692-06693, 08319, 08320.

**IT IS SO ORDERED.**

Dated: May 6, 2026

_____
Troy L. Nunley
Chief United States District Judge

1

ORDER GRANTING REQUEST TO SEAL UNREDACTED DOCUMENTS SUBMITTED ON APRIL 20, 2026